415 F.2d 1006
 UNITED STATES ex rel. HUNTINGTON PIPING, INC., a corporation, Appellee,
v.
T. A. WARD, Jr., dba Ward Construction Company, and the
Maryland Casualty Company, a corporation, Appellants.
 No. 13266.
 United States Court of Appeals Fourth Circuit.
 Argued Oct. 8, 1969.
Decided Oct. 14, 1969.
 
 John F. Wood, Jr., Huntington, W. Va. (Jenkins, Schaub & Fenstermaker, Huntington, W. Va., on brief), for appellants.
 James W. St. Clair, Huntington, W. Va. (Marshall, Harshbarger & St. Clair, Huntington, W. Va., on brief), for appellee.
 Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 This is a Miller Act case in which the jury returned a verdict in the amount of $8,463.34 in favor of the subcontractor.
 
 
 2
 After examination of the record and briefs and after hearing argument, we find no substantial error, and the judgment is
 
 
 3
 Affirmed.